IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
FILED
IN OPEN COURT

MAY 2 6 2020

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:20-CR- 115 |
| | ) |
| LIBAN HAJI MOHAMED, | ) COUNT ONE:  Conspiracy To Provide |
| a/k/a AShirwa, | ) Material Support to a Designated Foreign |
| a/k/a AShirwac, | ) Terrorist Organization (18 U.S.C. § 2339B) |
| a/k/a AQatiluhum, | ) |
| a/k/a AQatil, | ) COUNT TWO:  Attempting To Provide |
| a/k/a AAbu Ayrow, | ) Material Support to a Designated Foreign |
| | ) Terrorist Organization (18 U.S.C. § 2339B) |
| Defendant | ) |

## INDICTMENT

May 2020 Term – At Alexandria

COUNT ONE

*Conspiracy To Provide Material Support to a Foreign Terrorist Organization*
*18 U.S.C. § 2339B*

THE GRAND JURY CHARGES THAT:

From at least in or about March 2011 and continuing through at least in or about July

2012, within the Eastern District of Virginia and elsewhere, the defendant,

LIBAN HAJI MOHAMED,

and others known and unknown to the Grand Jury, knowingly conspired to provide material

support and resources (including services and personnel) to a designated foreign terrorist

organization, that is, *al-Shabaab*.

(In violation of Title 18, United States Code, Sections 2339B & 2)

COUNT TWO

*Attempting To Provide Material Support to a Foreign Terrorist Organization*
*18 U.S.C. § 2339B*

THE GRAND JURY FURTHER CHARGES THAT:

From at least in or about March 2011 and continuing through at least in or about July

2012, within the Eastern District of Virginia and elsewhere, the defendant,

LIBAN HAJI MOHAMED,

aided and assisted by others known and unknown to the Grand Jury, knowingly provided and

attempted to provide material support and resources (including services and personnel) to a

designated foreign terrorist organization, that is, *al-Shabaab*.

(In violation of Title 18, United States Code, Sections 2339B & 2)

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

Foreperson

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____

James P. Gillis
John T. Gibbs
Assistant United States Attorneys

_____

Rebecca A. Magnone
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice